**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**SCOTT MCKENNA,**

    **Plaintiff,**

**v.**                                  **Case No: 8:26-cv-219-MSS-TGW**

**OLIVIA BENTSCHNER, et al.,**

    **Defendants.**

---

**ORDER**

**THIS CAUSE** comes before the Court for consideration of Plaintiff's Complaint. (Dkt. 1) On February 18, 2026, United States Magistrate Judge Thomas G. Wilson issued a Report and Recommendation. (Dkt. 4) Judge Wilson recommended that Plaintiff's Complaint be dismissed with leave to amend. (Id.) Plaintiff has not objected to the Report and Recommendation, and the deadline for doing so has passed.[1] Upon consideration of all relevant filings, case law, and being otherwise fully advised, the Court **DISMISSES** the Complaint without prejudice.

In the Eleventh Circuit, a district judge may accept, reject, or modify the magistrate judge's report and recommendation after conducting a careful and complete review of the findings and recommendations. 28 U.S.C. § 636(b)(1);

---

[1] On March 5, 2026, Plaintiff requested an extension of time to file an objection to the Report and Recommendation in order to obtain legal counsel. (Dkt. 5) The Court granted Plaintiff's motion. (Dkt. 6) As a result, Plaintiff's deadline to file an objection was April 20, 2026. Plaintiff did not file an objection.

Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982). A district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This requires that the district judge "give fresh consideration to those issues to which specific objection has been made by a party." Jeffrey S. v. State Bd. of Educ., 896 F.2d 507, 512 (11th Cir.1990) (quoting H.R. 1609, 94th Cong. § 2 (1976)). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo,* Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo,* even in the absence of an objection. See Cooper-Houston v. Southern Ry., 37 F.3d 603, 604 (11th Cir. 1994).

Upon consideration of the Report and Recommendation, in conjunction with an independent examination of the file, the Court finds that the Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is **ORDERED** that:

1. The Report and Recommendation, (Dkt. 4), is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Complaint is **DISMISSED WITHOUT PREJUDICE**. Plaintiff may file an amended complaint within **TWENTY-ONE (21) DAYS** of the date of this Order. If Plaintiff fails to file an

amended complaint within the **21-day period**, this dismissal will become a final order, and the Court will close the case without further notice.

**DONE** and **ORDERED** in Tampa, Florida, this 1st day of May 2026.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person

3